

# United States District & Bankruptcy Courts
## for the District of Columbia
CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC  20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court

for the District of Columbia, do hereby certify that:

## DANIEL  S.  VOLCHOK

was, on the __6th__ day of __December__ A.D. __2010__ admitted to

practice as an Attorney at Law at the Bar of this Court, and is, according to

the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of

said Court in the City of Washington this __12th__ day of __June__

A.D. __2026__.



**ANGELA D. CAESAR,** Clerk of Courts

By: _____/s/ Ángeles Brown_____

**Deputy Clerk**