# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| EXPRESS SCRIPTS, INC., et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )    NO. 3:26-cv-00806 |
| | ) |
| MARLIN BLANE, in his official capacity | ) |
| as President of the Tennessee Board of | ) |
| Pharmacy, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Pursuant to Administrative Order No. 176, this action is transferred to U.S. District Judge

Eli J. Richardson  as a "Related Case" to Civil Action No. 3:26-cv-00685.


IT IS SO ORDERED.


_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE